## 74170. STAFFORD v. QUINN et al.
### (365 SE2d 553)

POPE, Judge.
Our judgment in this case at 183 Ga. App. 227 (358 SE2d 619) (1987) has been reversed by the Supreme Court on certiorari. *Quinn v. Stafford*, 257 Ga. 608 (362 SE2d 49) (1987). Accordingly, our judgment is vacated and the judgment of the Supreme Court is made the judgment of this court. The judgment of the trial court is affirmed.

*Judgment affirmed. Birdsong, C. J., and Deen, P. J., concur.*

DECIDED JANUARY 19, 1988.

*Richard W. Summers*, for appellant.
*Frederick N. Gleaton, Richard Smith, John E. Hall, Jr., Penelope B. Rundle*, for appellees.